IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AEQUITAS CAPITAL MANAGEMENT, INC., et al.,

                Plaintiff(s),

    v.

BOB ZUKIS, et al.,

               Defendant(s).

Civil No. 03:21-cv-01029-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [7] is GRANTED and this action is DISMISSED.  Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of April, 2022.

                                            by   /s/ Jolie A. Russo
                                                     Jolie A. Russo
                                                     United States Magistrate Judge